## In the MATTER OF: Jeffrey B. COOPER, Respondent

### Supreme Court Case No. 06S00-1703-DI-140

Supreme Court of Indiana.

Filed July 24, 2017

Published Order Certifying Termination of Noncooperation Suspension in This Case Only

Pursuant to Indiana Admission and Discipline Rule 23(10.1)(c), this Court suspended Respondent from the practice of law in this State for failing to cooperate with the Indiana Supreme Court Disciplinary Commission concerning a grievance, No. 17-0859, filed against Respondent. On July 20, 2017, the Executive Director of the Commission filed a "Certificate of Compliance," stating that Respondent has now cooperated with its investigation in this case. Pursuant to Admission and Discipline Rule 23(10.1)(c)(3), the suspension from the practice of law imposed in this case is terminated as of the date the certificate was filed. Respondent, however, is under another suspension order entered in Case No. 06S00-1703-DI-139, which remains in effect.

The Court therefore ORDERS that **Respondent's suspension from the practice of law *in this case only* be shown as terminated as of the date of this order.** Respondent's suspension ordered in DI-139 remains in effect, and Respondent shall not be shown as reinstated to the practice of law in this state until all causes for suspension are cured.

## In the MATTER OF: Brian J. LUTZ, Respondent

### Supreme Court Case No. 49S00-1704-DI-184

Supreme Court of Indiana.

Filed July 28, 2017

Published Order of Immediate Emergency Suspension

On April 3, 2017, the Disciplinary Commission, pursuant to Indiana Admission and Discipline Rule 23(19), petitioned for appointment of a hearing officer to determine whether a disability exists warranting Respondent's indefinite suspension from the practice of law. We appointed a hearing officer, who heard this matter and reported her findings and recommendation to the Commission.

On July 26, 2017, the Commission filed an "Amended Petition for Disability Suspension and Request for Immediate Emergency Suspension." Among other things, the Commission requests imposition of an immediate emergency suspension pending our final determination of this matter. *See* Admis. Disc. R. 23(19)(d).

Being duly advised, the Court GRANTS the Commission's request for emergency suspension and ORDERS that **Respondent be suspended from the practice of law in this State, effective immediately.** This emergency suspension shall remain in effect pending final disposition of this matter, unless dissolved or modified upon timely motion. Respondent shall fulfill all the duties of a suspended attorney under Admission and Discipline Rule 23(26).